# UNITED STATES BANKRUPTCY COURT

In Re: __Taylor, Carol L__   Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　(if known)
　　　　　　　　　　　　　　　　　　　Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $335.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 83.75    Check one  ☒ With the filing of the petition, or
   　　　　　　　　　　　 ☐ On or before

   $ 83.75    on or before  10/20/2014

   $ 83.75    on or before  11/20/2014

   $ 83.75    on or before  12/20/2014

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____　　　_____　　　_____　　　_____
**Signature of Attorney**　　　　　Date　　　　**Signature of Debtor**　　　　　Date

_____　　　　　　　　　_____　　　_____
**Name of Attorney**　　　　　　　　　　　　**Signature of Joint Debtor**　　　Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 03 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - NB

# UNITED STATES BANKRUPTCY COURT

In Re: _____Taylor, Carol L_____          Case No. _____
                      **Debtor**                                                                                      (if known)

                                                                                                               Chapter                      7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____     Check one   ☐ With the filing of the petition, or
                                                                     ☐ On or before

$ _____     on or before _____

$ _____     on or before _____

$ _____     on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                                                                BY THE COURT

Date: _____                        _____
                                                                    *United States Bankruptcy Judge*